IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02678-BNB

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN, Director, Federal Bureau of Prisons,
MICHAEL K. NALLEY, Regional Director, Federal Bureau of Prisons,
RON WILEY, Warden, U.S. Penitentiary, Administrative Maximum,
J. FOX, Associate Warden, U.S. Penitentiary, Administrative Maximum,
MICHAEL MERRILL, Supervisory Chaplain, Federal Correctional Complex,
DAVE LAW, Chaplain Assistant, U.S. Penitentiary, Administrative Maximum,
D. SPROUL, Unit Manager, U.S. Penitentiary, Administrative Maximum,
JOSE ARROYO, Correctional Counselor, U.S. Penitentiary, Administrative
    Maximum, and
KIMBERLY FLUCK, Case Manager, U.S. Penitentiary, Administrative Maximum,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to Chief Judge Wiley Y. Daniel, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to Chief Judge Wiley Y. Daniel, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED January 28, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-02678-BNB

Donald Wayne Bounds
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/28/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk