IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02678-WYD-KLM

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN, Director, Federal Bureau of Prisons,
MICHAEL K. NALLEY, Regional Director, Federal Bureau of Prisons,
RON WILEY, Warden, U.S. Penitentiary, Administrative Maximum,
J. FOX, Associate Warden, U.S. Penitentiary, Administrative Maximum,
MICHAEL MERRILL, Supervisory Chaplain, Federal Correctional Complex,
DAVE LAW, Chaplain Assistant, U.S. Penitentiary, Administrative Maximum,
D. SPROUL, Unit Manager, U.S. Penitentiary, Administrative Maximum,
JOSE ARROYO, Correctional Counselor, U.S. Penitentiary, Administrative
    Maximum, and
KIMBERLY FLUCK, Case Manager, U.S. Penitentiary, Administrative Maximum,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 30 2009

GREGORY C. LANGHAM
    CLERK

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: January 30, 2009.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02678-WYD-KLM

Donald Wayne Bounds
Attorney at Law
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Federal Bureau of Prisons- **CERTIFIED**
c/o Harley G. Lappin, Director
320 First Street, N.W.
Washington, D.C. 20534

Michael Nalley, Director - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Ave.
Kansas City, KS 66101

Ron Wiley, J. Fox, Michael Merrill,
Dave Law, D. Sproul, Jose Arroyo,
and Kimberly Fluck - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Ron Wiley, J. Fox, Michael Merrill, Dave Law, D. Sproul, Jose Arroyo, and Kimberly Fluck; to the Federal Bureau of Prisons; to Harley Lappin; to Michael Nalley; to Untied States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 12/10/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/30/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk