IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02678-WYD-KLM

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN, Director, Federal Bureau of Prisons,
MICHAEL K. NALLEY, Regional Director, Federal Bureau of Prisons,
RON WILEY, Warden, U.S. Penitentiary, Administrative Maximum,
J. FOX, Associate Warden, U.S. Penitentiary, Administrative Maximum,
MICHAEL MERRILL, Supervisory Chaplain, Federal Correctional Complex,
DAVE LAW, Chaplain Assistant, U.S. Penitentiary, Administrative Maximum,
D. SPROUL, Unit Manager, U.S. Penitentiary, Administrative Maximum,
JOSE ARROYO, Correctional Counselor, U.S. Penitentiary, Administrative Maximum, and
KIMBERLY FLUCK, Case Manager, U.S. Penitentiary, Administrative Maximum,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to File Answer Out of Time** [Docket No. 33; Filed May 29, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk shall file Defendants' Answer, which is attached to the Motion.

Dated:  June 1, 2009