IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02678-WYD-KLM

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY G. LAPPIN, Director, Federal Bureau of Prisons,
MICHAEL K. NALLEY, Regional Director, Federal Bureau of Prisons,
RON WILEY, Warden, U.S. Penitentiary, Administrative Maximum,
J. FOX, Associate Warden, U.S. Penitentiary, Administrative Maximum,
MICHAEL MERRILL, Supervisory Chaplain, Federal Correctional Complex,
DAVE LAW, Chaplain Assistant, U.S. Penitentiary, Administrative Maximum,
D. SPROUL, Unit Manager, U.S. Penitentiary, Administrative Maximum,
JOSE ARROYO, Correctional Counselor, U.S. Penitentiary, Administrative
    Maximum, and
KIMBERLY FLUCK, Case Manager, U.S. Penitentiary, Administrative Maximum,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This mater is before the Court on the parties' stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A).  Pursuant to that stipulation, it is hereby

ORDERED that all remaining claims in this cause of action are hereby dismissed without prejudice and each party shall pay its own costs and attorneys' fees.

Dated: February 17, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge

Dated this # day of February, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE